UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00100-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EMILIO MERAZ-LINARES,

       Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

**IT IS HEREBY ORDERED** that the Change of Plea Hearing continued from May 30, 2006, will be held on **June 8, 2006 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 1st day of June, 2006.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge