UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00100-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EMILIO MERAZ-LINARES,

      Defendant.

---

**ORDER SETTING SENTENCING HEARING**

---

THIS MATTER comes before the Court on an Order from the Tenth Circuit Court of Appeals dated January 5, 2007, remanding the case to this Court for re-sentencing in accordance with *Lopez v. Gonzales*, 127 S. Ct. 625 (2006).  Based thereon,

**IT IS ORDERED** that a sentencing hearing is set for **April 9, 2007 at 11:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this Order upon the United States Probation Office, which is to prepare a supplemental presentence investigation report in light of the Tenth Circuit's Order.

Dated this 9th day of January, 2007

                                    **BY THE COURT:**

                                    *Marcia S. Krieger* (signature)

                                    Marcia S. Krieger
                                    United States District Judge