# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-CR-00100-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EMILIO MERAZ-LINARES,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, the Motion for Writ of Habeas Corpus Ad Prosequendum **(# 51)** is **GRANTED**.

The Clerk of the Court issue the the requested writ to the United States Marshal's Service requiring the United States Marshal to produce said Defendant before the undersigned for a hearing at 11:30 a.m. on April 9, 2007, or whenever such hearing may be rescheduled, for proceedings and appearances upon the charge aforesaid, and to hold him at all times thereafter in his custody as an agent of the United States of America until final disposition of the defendant's case, and to thereafter return the Defendant to the institution wherein now confined.

Dated this 10th day of January, 2007

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge